# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST FREEMAN III,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>C. TAMKINS, Warden,<br><br>　　　　　　Respondent. | Case No. CV 13-4939 DMG (JCG)<br><br>**JUDGMENT** |

　　　　IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Order Summarily Dismissing Petition for Writ of Habeas Corpus Without Prejudice and Denying Motion for Appointment of Counsel.

DATED: August 13, 2013　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE